CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 3 0 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LLOYD WAYNE SHEPPARD,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:16-cv-00570 |
| v. | ) ) ) | **ORDER** |
| J. A. WOODSON, <u>et al.</u>,<br>    Defendants. | ) ) ) | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** due to Plaintiff's failure to prosecute pursuant to Fed. R. Civ. P. 41(b); all pending motions are **DENIED** without prejudice as moot; and the action is **STRICKEN** from the active docket.

**ENTER:** This 30th day of January, 2018.

/s/ Jackson L. Kiser
Senior United States District Judge